IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00924-WDM-CBS

RICHARD CONRAD,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

    Defendant.

---

## NOTICE OF DISMISSAL

---

    The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice each party to pay his or its own costs and attorneys' fees.

    Dated at Denver, Colorado, on June 26, 2006.

                                                       BY THE COURT:

                                                       s/ Walker D. Miller
                                                       United States District Judge

PDF FINAL